

J ENNIFER L ORAINE S WIZE, Jones Day, Washington, DC, argued for appellants. Also represented by D ANIEL K AZHDAN.

M ICHAEL H AWES, Baker Botts LLP, Houston, TX, argued for appellee. Also represented by S ANDRA L EE, New York, NY.

(Prost, Chief Judge, Newman and Linn, Circuit Judges).

### JUDGMENT

Per Curiam

T HIS C AUSE having been heard and considered, it is O RDERED and A DJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

gued for petitioner. Also represented by E RIC S HUMSKY; A NJALI D ALAL, New York, NY.

K ATRINA L EDERER, Office of the General Counsel, Merit Systems Protection Board, Washington, DC, argued for respondent. Also represented by B RYAN G. P OLISUK, K ATHERINE M. S MITH.

(Prost, Chief Judge, Newman and Linn, Circuit Judges).

### JUDGMENT

Per Curiam

T HIS C AUSE having been heard and considered, it is O RDERED and A DJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**Arthur SWEETING, Petitioner**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent**

**2016-2540**

United States Court of Appeals, Federal Circuit.

July 19, 2017

M ELANIE L. B OSTWICK, Orrick, Herrington & Sutcliffe LLP, Washington, DC, ar-

**LUNAREYE, INC., Appellant**

v.

**Joseph MATAL, Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director, U.S. Patent and Trademark Office, Intervenor**

**2016-1413**
**2016-1837**

United States Court of Appeals, Federal Circuit.

July 24, 2017